# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0299.  HURT v. SPT REAL ESTATE SUB III, LLC.**

This appeal from a grant of a writ of possession was docketed on September 26, 2014. On October 20, 2014, this Court granted pro se appellant Judith Hurt an extension to file her brief until November 10, 2014. As of November 24, 2014, however, Hurt had neither filed her brief nor moved for an additional extension of time. See Rule 23 (a) (failure to file an appellant's brief within the allotted time, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). We therefore DISMISS Hurt's appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*